61 A.3d 1278

IN THE MATTER OF MEIRON BAR–NADAV,
AN ATTORNEY AT LAW.

March 27, 2013.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **MEIRON BAR–NADAV** of **FORT LEE**, who was admitted to the bar of this State in 1997, and who was suspended from the practice of law for a period of three months, effective November 28, 2002, by Order of this Court filed Novem-

ber 26, 2002, be restored to the practice of law, effective immediately; and it is further

ORDERED that **MEIRON BAR–NADAV** shall complete his annual attorney registration and pay all required fees on or before April 26, 2013.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 27th day of March, 2013.